IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 3 - 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01786-OES

KENNETH L. YORK,

    Applicant,

v.

JUANITA A. McCULLEY, and
UNITED STATES GOV., Wash. D.C.,

    Respondents.

## ORDER DIRECTING APPLICANT TO FILE AMENDED APPLICATION

Applicant Kenneth L. York is a prisoner in the custody of the United States Bureau of Prisons at the United States Penitentiary at Florence, Colorado. Mr. York has filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The court must construe the application liberally because Mr. York is representing himself. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be the *pro se* litigant's advocate. **See Hall**, 935 F.2d at 1110. For the reasons stated below, Mr. York will be ordered to file an amended application.

The court has reviewed the application filed in this action and finds that the application is deficient because Mr. York fails to set forth clearly and concisely the claims for relief he is asserting. Construing the application liberally, it appears that Mr. York may be challenging the validity of his conviction or sentence because he seeks as relief to have all state and federal charges to be dropped. However, it is not clear that

Mr. York is challenging the validity of his conviction or his sentence because he fails to specify what those state and federal charges are or why he believes those charges should be dropped. Therefore, Mr. York will be ordered to file an amended application to clarify the claims he is asserting. In order to pursue his claims in this action, Mr. York must allege, clearly and concisely, which of his constitutional rights have been violated and how they have been violated. Accordingly, it is

ORDERED that Mr. York file **within thirty (30) days from the date of this order** an amended application that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. York, together with a copy of this order, two copies of the following forms: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that, if Mr. York fails within the time allowed to file an amended application that complies with this order to the court's satisfaction, the action will be dismissed without further notice.

DATED at Denver, Colorado, this 3 day of October, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01786-OES

Kenneth L. York
Reg. No. 09396-084
USP – Florence
P.O. Box 7000
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on _10-3-05_

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk